The STATE OF MINNESOTA, Appellant, against WILLIAM H. STEVENS, Respondent.

See State v. Batchelder, ante Page 223.

APPEAL FROM THE DISTRICT COURT OF RICE COUNTY.

*By the Court.*—FLANDRAU, J.—The decision in this case must be the same as that in the case of *The State vs. Bachelder*, argued at this term, as both involve the same questions. Our views are given in that case in *extenso*, and it is unnecessary to repeat them here.

The judgment of the Court below is affirmed.